# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-06404 JAK (MANx) | Date | May 26, 2011 |
| Title | Carmen Kolosiej v. Life Insurance Company of North America, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 25, 2011, plaintiffs filed "Notice of Settlement" [20]. The Court sets an Order to Show Cause re Dismissal for June 27, 2011 at 1:30 p.m. If the parties file a dismissal by June 24, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

The Status Conference re Settlement set for June 2, 2011, and the Court Trial set for June 27, 2011, are vacated.

:

Initials of Preparer   ak