UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN KOLOSIEJ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and CONCENTRA OPERATING CORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　Defendants. | Case No: CV10-06404 JAK(MANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 22, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable John A. Kronstadt
　　　　　　　　　　　　　　　　　Judge of the U.S. District Court